# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER DEMETRIUS PURVIS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV416-015 |
| LATRICIA DUKES and MAURIO SINKFORD, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Inmate-plaintiff Christopher Demetrius Purvis brought this 42 U.S.C. § 1983 case against Coastal State Prison officials for beating him in violation of his Eighth Amendment rights. Doc. 1. After preliminarily reviewing his Complaint under 28 U.S.C. § 1915A(a), the Court greenlit his excessive force claim against Latricia Dukes and his failure to protect claim against Maurio Sinkford. Doc. 9 at 3-5. It also directed Purvis to "plead facts establishing liability against the other captioned defendants within thirty days of the date this Order is served." *Id.* at 4. Purvis has failed to comply, so all but Dukes and Sinkford are **DROPPED** from this case, the above caption has been amended accordingly (the Clerk shall

similarly amend the docket caption), and all subsequent filings shall conform.

Dukes and Sinkford, meanwhile, move to dismiss Purvis' case, doc. 11, and to stay discovery in the meantime, doc. 17. They argue that he failed to exhaust prison remedies. Doc. 17-1; *see also* doc. 11 at 2 (motion to dismiss on these grounds); *see also* doc. 11-2 at 4 ¶¶ 18-20 (attesting that Purvis failed to file any grievances during the time period in question). When a party seeks a stay pending resolution of a dismissal motion, the court takes a "preliminary peek" at the dismissal motion to assess the likelihood that it will be granted. *McCabe v. Foley*, 233 F.R.D. 683, 685 (M.D. Fla. 2006). A stay makes sense when the dismissal motion likely will dispose of the case, thus obviating discovery. *Sams v. GA West Gate, LLC*, 2016 WL 3339764 at * 6 (S.D. Ga. June 10, 2016). Because the instant dismissal motion packs enough heft, the Court **GRANTS** the stay motion.[1] Doc. 17.

---

[1] The Court has not awaited Purvis' response to the stay motion, so he is free to respond by way of a motion for reconsideration.

**SO ORDERED**, this 10th day of November, 2016.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA