FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2017 FEB 27 PM 4: 14

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHRISTOPHER DEMETRIUS PURVIS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV416-015
)
LATRICIA DUKES and MAURIO )
SINKFORD, )
)
    Defendants. )
)

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 21), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of February 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA