# United States District Court
## Southern District of Georgia

Christopher Demetrius Purvis

### JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:16-cv-15-WTM-GRS

Latricia Dukes, et al.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated 2/27/17, adopting the Magistrate Judge's Report and Recommendation, plaintiff's complaint is Dismissed Without Prejudice. This case stands closed.



2/28/17
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk